COMMERCIAL CREDIT CORPORATION, RESPONDENT, v. GEORGE SATTERTHWAITE, APPELLANT.

Submitted February 13, 1931—Decided May 18, 1931.

For the respondent, *Green & Green.*

For the appellant, *Charles Stockdell Gray.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.